SOMMERS, INC., v. BETTY HUDSON, Impleaded, etc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAGE MORTGAGE CORPORATION v. J. ROMAINE BROWN COMPANY.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BENJAMIN LINDNER and Another v. EMBASSY DRESS CORPORATION. (Actions Nos. 1 and 2.) — Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARGARET GREEN v. MARCUS LOEW REALTY CORPORATION.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY LEVINE v. JOSEPH HALLE and Others.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

A. JAECKEL & CO., INC., v. FRANCES GATTI-CASAZZA, Also Known as FRANCES ALDA.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BROADWAY REALTY COMPANY v. FRANK CANZANO.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY JAEGER v. PEOPLES COMMERCIAL BANK OF NEW YORK.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

A. E. CROYLE WHITE v. FREDERICK J. MATTHEWS.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

HENRY MORITZ v. J. EISNER & SONS, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

NATHAN FAROVITCH and Another v. COMMERCIAL CASUALTY INSURANCE COMPANY, NEWARK, NEW JERSEY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ATLANTIC FRUIT COMPANY v. THE HAMILTON FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK. ATLANTIC FRUIT COMPANY v. PACIFIC FIRE INSURANCE COMPANY. ATLANTIC FRUIT COMPANY v. THE STUYVESANT INSURANCE COMPANY. — Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay pending the granting or final refusal by the Court of Appeals of leave to appeal to that court granted, on condition that plaintiff file the undertakings required by sections 593 and 594 of the Civil Practice Act. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS GEWIRTZMAN, an Infant, etc., v. BARNET SCHNEIDER and Another, Copartners, etc. ISIDORE GEWIRTZMAN v. BARNET SCHNEIDER and Another, Copartners, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of Proceedings Supplementary to Execution under a Judgment in Favor of ELEANOR E. MARSHALL against ALBERT MILLER. ELEANOR K. MARSHALL v. ALBERT MILLER.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.